OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 20, 2017

Todd K. Hinkley Esq.
Ronald A. Krauss Esq.

RE: USA v. Darian Tensley
Case Number: 16-3068
District Case Number: 3-15-cr-00108-001

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Friday, February 10, 2017** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Tiffany L. Grier*
Tiffany L. Grier, Calendar Clerk
267-299-4905

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following pane**l: McKEE, RENDELL and FUENTES, Circuit Judges**